**Order entered April 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00311-CV

## IN THE INTEREST OF E.S., C.S., AND G.S., MINOR CHILDREN

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85,668**

### ORDER

Before the Court is court reporter Julie C. Vrooman's March 31, 2020 request for a ten-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than April 13, 2020. Because this is an accelerated appeal in a parental termination case and the record was first due March 16, 2020, we caution that further extension requests will be disfavored.

/s/ BILL WHITEHILL
   JUSTICE